**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1818**

In re:  WILLIE A. KEY,

                Petitioner.

On Petition for Writ of Mandamus to the United States District Court of South Carolina, at Charleston.  (2:23-cv-00770-DCN-MHC)

Submitted:  September 28, 2023                           Decided:  October 2, 2023

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Willie A. Key, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie A. Key petitions for a writ of mandamus, alleging that the district court has unduly delayed in serving his amended complaint.  He seeks an order from this court directing the district court to act.  Our review of the district court's docket reveals that the magistrate judge recently recommended dismissing Key's complaint without service of process.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*